# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### OFFICE OF THE CLERK

Martin Luther King Jr. Federal Bldg & U.S. Courthouse
50 Walnut Street, P.O. BOX 419
Newark, N.J. 07101



William T. Walsh
Clerk

February 14, 2005

**CAMDEN OFFICE**
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Fourth & Cooper Streets Room 1050
Camden, N.J. 08101

**TRENTON OFFICE**
Clarkson S. Fisher U.S. Courthouse
402 East State Street Room 2020
Trenton, N.J. 08608

Reply To: **TRENTON**

Mr. Clarence Maddox
Clerk/Court Administrator
United States District Court
Federal Courthouse Square
301 North Miami Ave.
Miami, FL. 33128-7788

    RE:   USA V. MARC COLLINS-RECTOR
             Cr. 00-567(MLC)

Dear Clerk,

    Pursuant to the Order transferring Probation Jurisdiction to your Court, please find herewith enclosed a certified copy of subject order, a certified copy of the docket sheet, a certified copy of the indictment, and certified copy of the Judgment Order.

    Please acknowledge receipt of the above by completing the enclosed copy of this letter in the blanks below. Thank you for your assistance.

                                              Sincerely,
                                              William T. Walsh, Clerk

                                              BY: Lillian Krzyzanowski
                                                  Deputy Clerk

cc: All Counsel of Record
     File

RECEIPT ACKNOWLEDGED:_____
DATE RECEIVED:_____ YOUR CRIMINAL DOCKET #_____